

Leah Jacob
Tel 212.801.2169
Leah.jacob@gtlaw.com

**MEMO ENDORSED**

Application GRANTED. The case management conference in this matter, previously scheduled for February 29, 2024 at 12:00 p.m., is rescheduled for **March 14, 2024** at **12:00 p.m.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The parties shall submit a post-discovery joint status letter, as outlined in Section 3(d) of the Court's Individual Rules and Practices in Civil Cases, by **March 7, 2024**. The Clerk of Court is directed to terminate ECF No. 34.

Dated: February 16, 2024
New York, New York

SO ORDERED.

*[signature]*

JESSICA G. L. CLARKE
United States District Judge

February 15, 2024

<u>**VIA ECF ONLY**</u>
Hon. Jessica G. L. Clarke, U.S.D.J.
United Stated District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 20C
New York, NY 10007

Re:   *Sunlife Total Health Inc. v. JPMorgan Chase Bank, N.A..*
      Civil Action No. 1:22-cv-10929-JGLC
      <u>Request for Adjournment of Case Management Conference</u>

Dear Judge Clarke,

Our firm represents Defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter. Pursuant to Rule 2.e. of Your Honor's Individual Practice Rules, Chase respectfully requests that the Case Management Conference Scheduled for February 29, 2024 at 12:00 p.m. (Doc. 33) be adjourned *on consent* of counsel for plaintiff Sunlife Total Health Inc.

This is the parties' first request to adjourn the Case Management Conference. The reason for this request is due to a scheduling conflict of counsel for Chase. This request does not affect any other scheduled deadlines. The three *mutually agreeable* alternative conference dates are March 8, 2024, March 11, 2024 or March 14, 2024.

We thank Your Honor for your consideration.

Respectfully submitted,

*/s/ Leah N. Jacob*
Leah N. Jacob

.

cc:  Andrew R. Goldberg, Esq. by ECF

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, NY  |  T +1 212.801.2169

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: Greenberg Traurig Germany, LLP; A separate UK registered legal entity; Greenberg Traurig, S.C.; Greenberg Traurig Santa Maria; Greenberg Traurig LLP Foreign Legal Consultant Office; A branch of Greenberg Traurig, P.A., Florida, USA; GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com